JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 93–6893. HOLLY *v.* BRENNAN, WARDEN, ET AL. C. A. 3d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–6281. HAGEN *v.* UTAH, 510 U. S. 399;

No. 93–610. McDONALD *v.* UNITED STATES, 510 U. S. 994;

No. 93–713. GRAHAM *v.* FLORIDA SUPREME COURT ET AL., 510 U. S. 1163;

No. 93–796. WHITE *v.* UNITED STATES, 510 U. S. 1111;

No. 93–907. SHELLING *v.* SOUTHERN RAILWAY CO., 510 U. S. 1113;

No. 93–957. RAMASWAMI *v.* TEXAS DEPARTMENT OF HUMAN SERVICES ET AL., 510 U. S. 1114;

No. 93–1027. HORNING *v.* OHIO, 510 U. S. 1117;

No. 93–6573. JAMES, AKA FAUST *v.* UNITED STATES, 510 U. S. 1120;

No. 93–6753. BENSON *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, 510 U. S. 1058;

No. 93–6823. PRYOR *v.* UNITED STATES, 510 U. S. 1166;

No. 93–6946. LIGHTLE ET UX. *v.* FARMERS STATE BANK, 510 U. S. 1122;

No. 93–7001. KLUTNICK *v.* GIGANTI, 510 U. S. 1122;

No. 93–7076. GRADY *v.* MIAMI HERALD PUBLISHING CO. ET AL., 510 U. S. 1124;

No. 93–7080. ANOLIK *v.* SUNRISE BANK OF CALIFORNIA ET AL., 510 U. S. 1125;

No. 93–7158. CARROLL *v.* ALABAMA, 510 U. S. 1171;

No. 93–7185. ROBINSON *v.* WELBORN ET AL., 510 U. S. 1127;

No. 93–7207. GUERRERO *v.* DAVIDSON, SHERIFF, DESCHUTES COUNTY, 510 U. S. 1128;

No. 93–7225. GAMBLE *v.* EAU CLAIRE COUNTY, WISCONSIN, ET AL., 510 U. S. 1129;

No. 93–7270. WARREN *v.* UNITED STATES, 510 U. S. 1167;

No. 93–7294. IGE *v.* UNITED STATES, 510 U. S. 1132;

No. 93–7297. DELPH v. INTERNATIONAL PAPER ET AL., 510 U. S. 1132;

No. 93–7314. KARIM-PANAHI v. CALIFORNIA DEPARTMENT OF TRANSPORTATION ET AL., 510 U. S. 1133;

No. 93–7350. BORROMEO v. UNITED STATES, 510 U. S. 1134;

No. 93–7418. WEHRINGER v. BRANNIGAN, 510 U. S. 1168;

No. 93–7422. SIMPSON v. ROBINSON, SUPERINTENDENT, CHATHAM CORRECTIONAL UNIT, 510 U. S. 1180;

No. 93–7431. IN RE O'CONNOR, 510 U. S. 1108;

No. 93–7461. IN RE ERWIN, 510 U. S. 1175;

No. 93–7483. RANDALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 510 U. S. 1181;

No. 93–7489. RICHARDSON ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., 510 U. S. 1138;

No. 93–7541. VITEK v. ST. PAUL PROPERTY & CASUALTY, 510 U. S. 1181;

No. 93–7553. LYLE v. RICHARDSON, 510 U. S. 1139;

No. 93–7651. NHAN KIEM TRAN v. UNITED STATES, 510 U. S. 1170; and

No. 93–7663. OKOLIE v. UNITED STATES, 510 U. S. 1170. Petitions for rehearing denied.

No. 93–659. MILLER v. LA ROSA ET AL., 510 U. S. 1109. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 93–936. NORTH STAR STEEL CO., INC. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, 510 U. S. 1114. Petition for rehearing denied. JUSTICE BLACKMUN would call for a response to the petition for rehearing.

APRIL 19, 1994

No. 93–7899. KUYKENDALL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

APRIL 21, 1994

No. 93–8776 (A–874). STEWART v. CHILES, GOVERNOR OF FLORIDA, ET AL. Sup. Ct. Fla. Application for stay of execution